IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVOLUTIONARY INTELLIGENCE, LLC,

    Plaintiff,

  v.

APPLE INC.,

    Defendant.

No. C 13-04201 WHA

**ORDER RE CASE MANAGEMENT CONFERENCE**

At the upcoming case management conference, counsel are requested to please advise the Court of any existing *inter partes* review or other proceedings before the PTO regarding the patents-in-suit.

**IT IS SO ORDERED.**

Dated: October 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE