GUTRIDE SAFIER LLP
Adam J. Gutride (State Bar No. 181446)
  adam@gutridesafier.com
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
  todd@gutridesafier.com
Anthony J. Patek (State Bar No. 228964)
  anthony@gutridesafier.com
Marie McCrary (State Bar No. 262670)
  marie@gutridesafier.com
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 789-6390
Facsimile: (415) 449-6469

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EVOLUTIONARY INTELLIGENCE, LLC, | Case No. 3:13-cv-04201-WHA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO SEAL |
| v. | Honorable William Alsup<br>Courtroom 8, 19th Floor<br>January 19, 2014<br>8:00 a.m. |
| APPLE, INC., | |
| Defendant. | |

The Court having considered Plaintiff's administrative motion to file documents under seal, and good cause appearing:

**IT IS ORDERED THAT:**

The following portions of the following documents shall be filed under seal:

| Document | Portion Designated Confidential by Defendant | Ruling |
|---|---|---|
| Plaintiff's Opposition to Apple's Motion to Stay | page 1, lines 10-13; page 14, line 19-page 15, line 2 | Denied. |
| Plaintiff's Opposition to Apple's Motion to Stay | page 3, lines 19-25; page 3, line 26-page 4, line 2 | Denied. |
| McCrary Declaration | ¶ 8 | Denied. |
| McCrary Declaration | ¶ 11 | Denied. |
| McCrary Declaration, Ex. C | Entire document | Granted. |
| McCrary Declaration, Ex. F | Entire document | Granted. |

**IT IS SO ORDERED.**

DATED: December 27, 2013.



IT IS SO ORDERED AS MODIFIED

Judge William Alsup

-2-