UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, SPRINT COMMUNICATIONS COMPANY L.P., SPRINT SPECTRUM L.P., SPRINT SOLUTIONS INC.,<br><br>　　　　Defendants. | Case Nos. C-13-04513 RMW, C-13-04201 DJ, C-13-04202 SI, C-13-04203 MMC, C-13-04204 SI, C-13-04205 WHO, C-13-04206 EJD, C-13-04207 JSW, C-13-03587 DMR<br><br>**ORDER RELATING CASES** |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>　　　　Defendants. | |

ORDER RELATING CASES, Case Nos. C-13-04513, C-13-04201, C-13-04202, C-13-04203, C-13-04204, C-13-04205, C-13-04206, C-13-04207, C-13-03587

- 1 -

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>　　　　　　Defendants. | |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FOURSQUARE LABS, INC.,<br><br>　　　　　　Defendants. | |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GROUPON, INC.,<br><br>　　　　　　Defendants. | |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LIVINGSOCIAL, INC.,<br><br>　　　　　　Defendants. | |

ORDER RELATING CASES, Case Nos. C-13-04513, C-13-04201, C-13-04202, C-13-04203, C-13-04204, C-13-04205, C-13-04206, C-13-04207, C-13-03587

- 2 -

*United States District Court*
*For the Northern District of California*

|   |   |
|---|---|
| 1 | EVOLUTIONARY INTELLIGENCE, LLC, |
| 2 |   |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | TWITTER, INC., |
| 6 | Defendants. |
| 7 | EVOLUTIONARY INTELLIGENCE, LLC, |
| 8 |   |
| 9 | Plaintiff, |
| 10 | v. |
| 11 | YELP, INC., |
| 12 | Defendants. |
| 13 | EVOLUTIONARY INTELLIGENCE, LLC, |
| 14 |   |
| 15 | Plaintiff, |
| 16 | v. |
| 17 | MILLENIAL MEDIA, INC., |
| 18 | Defendants. |

The court orders that the above nine Evolutionary Intelligence cases be related. At the hearing on July 11, 2014, the court also set a hearing for September 19, 2014 at 9:00 a.m. on whether the stays should be lifted. The defendants' joint opening brief of no more than 10 pages is due August 15, 2014. Should any individual defendant wish to raise other arguments, the court grants each individual defendant leave to file a separate brief of no more than 5 pages also due August 15, 2014. Plaintiff's opposition of no more than 10 pages is due August 29, 2014. Plaintiff may also respond to any individual defendant's brief with no more than the same number of pages used by that defendant. Defendants' joint reply brief of no more than 5 pages is due September 5, 2014, and individual defendants have leave to file separate replies of no more than 3 pages. The

ORDER RELATING CASES, Case Nos. C-13-04513, C-13-04201, C-13-04202, C-13-04203, C-13-04204, C-13-04205, C-13-04206, C-13-04207, C-13-03587

- 3 -

court would like the parties' briefing to particularly address the advantages or disadvantages of waiting until after the Patent Trial and Appeal Board makes a final decision in April to proceed with the instant cases. The briefing should also address the prejudice, if any, of maintaining the stays currently in effect.

Dated: July 28, 2014

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

United States District Court
For the Northern District of California

ORDER RELATING CASES, Case Nos. C-13-04513, C-13-04201, C-13-04202, C-13-04203, C-13-04204, C-13-04205, C-13-04206, C-13-04207, C-13-03587
- 4 -